DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 204P15 | Mountain Villages, LLC, Melba Richards, Manager, and Lori Richards, Owner v. Zara Ellis Sadler | 1. Def's *Pro Se* Motion for Temporary Stay (COAP15-437) | 1. Denied **06/24/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA | 3. Denied |
| | | 4. Def's *Pro Se* Motion for Temporary Stay | 4. Denied **07/13/2015** |
| | | 5. Def's *Pro Se* Petition for *Writ of Supersedeas* | 5. Denied |
| | | 6. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the Jackson County District Court | 6. Denied |
| | | 7. Plaintiff's Emergency Motion to Dismiss Appeal | 7. Dismissed without prejudice **07/14/2015** |
| 205P15 | Stephen A. Best v. North Carolina | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/23/2015** |
| 206A15 | State v. Keith A. Leak | 1. State's Motion for Temporary Stay (COA14-591) | 1. Allowed **06/23/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| 207P15 | Beth Desmond v. The News and Observer Publishing Company, McClatchy Newspapers, Inc., Mandy Locke, Joseph Neff, John Drescher, and Steve Riley | 1. Defs' (The News and Observer Publishing Company, McClatchy Newspapers, Inc., and Mandy Locke) Notice of Appeal Based Upon a Constitutional Question (COA14-625) | 1. Dismissed *ex mero motu* |
| | | 2. Defs' (The News and Observer Publishing Company, McClatchy Newspapers, Inc., and Mandy Locke) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. North Carolina Association of Broadcasters, North Carolina Press Association, the Associated Press, BH Media Group, Inc., Gannett Company, Inc., Halifax Media Group, The Carolina Journal, and Time Warner Cable News' Conditional Motion for Leave to File *Amicus* Brief | 3. Dismissed as moot |
| 210P15 | State v. Luis Ovando | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1188) | Denied |
| 211P15 | State v. Vincent Gregory | Def's *Pro Se* Motion for PDR (COAP14-1029) | Dismissed |